IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE ALBERTO FLORES AND<br>IMELDA HERNANDEZ CORDOVA<br>(FLORES), INDIVIDUALLY | § § § § | United States District Court<br>Southern District of Texas<br>FILED<br>**NOV 2 7 2002**<br>Michael N. Milby<br>Clerk of Court |
| AND | § § | |
| JAIME E. AGUIRRE, INDIVIDUALLY | § § | |
| AND | § § | CIVIL ACTION NO. B-02-216 |
| FELIPE HERNANDEZ, INDIVIDUALLY<br>(Plaintiffs herein) | § § § § § | |
| VS. | § § | |
| FORD MOTOR COMPANY;<br>TITAN INTERNANTIONAL, INC.;<br>TITAN TIRE CORPORATION; AND<br>TITAN TIRE CORPORATION OF TEXAS<br>(Defendants herein) | § § § § § § | |

## DEFENDANTS TITAN INTERNATIONAL, INC., TITAN TIRE CORPORATION AND TITAN TIRE CORPORATION OF TEXAS LIST OF FINANCIALLY INTERESTED PARTIES SUBJECT TO ITS PREVIOUSLY FILED MOTIONS TO DISMISS, ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

TO THE HONORABLE UNITED STATES JUDGE:

COMES NOW TITAN INTERNATIONAL, INC., TITAN TIRE

CORPORATION AND TITAN TIRE CORPORATION OF TEXAS, Defendants

in the above entitled and numbered cause, and file this List of Financially

Interested Parties subject to its previously filed Motions to Dismiss, Original Answer and Affirmative Defenses and show unto the Court as follows:

**FIANCIALLY INTERESTED PARTIES**

*TITAN ENTITIES:*

> **TITAN INTERNATIONAL, INC.**
> TITAN INVESTMENT, INC.
> TITAN TIRE CORPORATION
> TITAN TIRE CORPORATION OF TEXAS

INSURANCE COMPANIES FOR TITAN DEFENDANTS:

> **STEADFAST INSURANCE COMPANY**
> **FIRST SPECIALITY INSURANCE CORPORATION**
> **LEXINGTON INSURANCE COMPANY**

*OTHER DEFENDANT:*

> **FORD MOTOR COMPANY**

*PLAINTIFFS:*

> JORGE ALBERTO FLORES
> IMELDA HERNANDEZ CORDOVA (FLORES)
> JAIME E. AGUIRRE
> FELIPE HERNANDEZ

*ATTORNEYS FOR PLAINTIFFS*

> MIKAL C. WATTS
> DOUGLAS A. ALLISON

Respectfully Submitted,

MICHAEL RODRIGUEZ, P.L.L.C.

By: _____
Michael Rodriguez
Attorney-in-Charge
State Bar No. 00791553
Federal Admissions No. 18759
1000 E. Madison
Brownsville, Texas 78520
(956) 574-9333
Fax (956) 574-9337

ATTORNEY FOR DEFENDANTS, TITAN INTERNATIONAL, INC., TITAN TIRE CORPORATION AND TITAN TIRE CORPORATION OF TEXAS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendants' List of Financially Interested Parties was served on all counsel of record, to-wit:

**Via Certified Mail,
Return Receipt Requested**

Mikal C. Watts
THE WATTS LAW FIRM, L.L.P.
555 N. Carancahua
Corpus Christi, Texas 78478

Douglas A. Allison
LAW OFFICES OF DOUGLAS A. ALLISON
South Tower, Suite 400
500 North Water Street
Corpus Christi, Texas 78471

Richard H. Grafton
BROWN McCARROLL, L.L.P.
111 Congress Avenue
Suite 1400
Austin, Texas 78701

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission, pursuant to the Federal Rules of Civil Procedure, on this 27th day of November, 2002.

_____
Michael Rodriguez