IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE ALBERTO FLORES and IMELDA HERNANDEZ CORDOVA (FLORES), Individually, and JAMES E. AGUIRRE, Individually, and FELIPE HERNANDEZ Individually | § § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-216 |
| FORD MOTOR COMPANY; TITAN INTERNATIONAL, INC. TITAN TIRE CORPORATION, AND TITAN TIRE CORPORATION OF TEXAS | § § § § § § | |
| Defendants. | § | |

## DEFENDANT FORD MOTOR COMPANY'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant Ford Motor Company ("Ford") files this certificate of interested parties pursuant to the Order of Conference and Disclosure of Interested Parties and shows the Court the following:

Ford Motor Company is a publicly traded corporation, has no parent corporations, and there are no publicly held companies that own ten percent or more of Ford's stock.

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701-4043
(512) 472-5456

AUS:1995624.1
13486.95413

(512) 479-1101 (Fax)

By: _____ w/ permission _____  State Bar No.
Richard H. Grafton                                      24036759
State Bar No. 08252800

**ATTORNEYS FOR DEFENDANT**
**FORD MOTOR COMPANY**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to all known counsel of record at the addresses listed below on the _27_ day of November, 2002:

**Via Certified Mail - Return Receipt Requested**

Mikal C. Watts
THE WATTS LAW FIRM, L.L.P
555 N. Carancahua
Corpus Christi, Texas 78478

Douglas A. Allison
LAW OFFICES OF DOUGLAS A. ALLISON
South Tower, Suite 400
500 North Water Street
Corpus Christi, Texas 78471

Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C
1000 E. Madison Street
Brownsville, Texas 78520

_____ w/ permission _____  State Bar No.
Richard H. Grafton                                      24036759

AUS:1995624.1
13486.95413