


**L.L.P.**

111 Congress Avenue, Suite 1400, Austin, Texas 78701-4043
512-472-5456  fax 512-479-1101

RICHARD H. GRAFTON
E-mail: rgrafton@mailbmc.com

WRITER'S DIRECT NUMBER:
(512) 479-9737

December 2, 2002

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Juan Barbosa
Deputy-in-Charge
Southern District of Texas
Brownsville Division
1158 Federal Building
600 East Harrison Street
Brownsville, Texas 78520-7114

United States District Court
Southern District of Texas
FILED

DEC 0 5 2002

Michael N. Milby
Clerk of Court

MAIL

United States District Court
Southern District of Texas
RECEIVED    10:35

DEC 0 5 2002
mp
Michael N. Milby, Clerk of Court

RE:    Civil Action No. B-02-216; *Jorge Alberto Flores and Imelda Hernandez Cordova (Flores), Individually and James E. Aguirre, Individually and Felipe Hernandez, Individually v. Ford Motor Company, Titan International, Inc., Ti*tan Tire Corporation and Titan Tire Corporation of Texas; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Barbosa:

This letter is to inform the court and all attorneys of record in the above referenced case that I am currently not available for the purpose of hearings, depositions or trial on the following dates due to vacation scheduling:

December 20, 2002 — January 3, 2003.

Thank you for your consideration.

Sincerely,

Richard H. Grafton

RHG:lmf

AUS:1996472.1
13486 95413

Austin • Dallas • Houston • Longview

Juan Barbosa
December 3, 2002
Page 2


cc w/encl:    **VIA FIRST CLASS U.S. MAIL**
Mikal C. Watts
THE WATTS LAW FIRM, L.L.P
555 N. Carancahua
Corpus Christi, Texas 78478

**VIA FIRST CLASS U.S. MAIL**
Douglas A. Allison
LAW OFFICES OF DOUGLAS A. ALLISON
South Tower, Suite 400
500 North Water Street
Corpus Christi, Texas 78471

**VIA FIRST CLASS U.S. MAIL**
Michael Rodriguez
MICHAEL RODRIGUEZ, P.L.L.C
1000 E. Madison Street
Brownsville, Texas 78520