IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE ALBERTO FLORES and IMELDA | § | |
| HERNANDEZ CORDOVA (FLORES), | § | |
| Individually; and JAIME E. AGUIRRE, | § | |
| Individually; and FELIPE HERNANDEZ, | § | |
| Individually | § | |
|        (Plaintiffs herein) | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-216 |
| vs. | § | |
| | § | |
| FORD MOTOR COMPANY; | § | |
| TITAN INTERNATIONAL, INC.; | § | |
| TITAN TIRE CORPORATION; AND | § | |
| TITAN TIRE CORPORATION OF TEXAS | § | |
|        (Defendants herein) | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

NOW COMES, Plaintiffs, Jorge Alberto Flores, Imelda Hernandez Cordova

(Flores), Individually, Jaime E. Aguirre, Individually and Felipe Hernandez, Individually

and submits this their Certificate of Interested Parties and makes the following disclosure

of all persons and entities that are financially interested in the outcome of this litigation

pursuant to the Courts Order for Conference and Disclosure of Interested Parties.

The following are parties or potential parties to this lawsuit, and therefore have a

financial interest in its outcome:

**Plaintiffs:**
Jorge Alberto Flores,
Imelda Hernandez Cordova (Flores), Individually,
Jaime E. Aguirre, Individually and
Felipe Hernandez, Individually

**Defendants:**
Ford Motor Company
Titan International, Inc.
Titan Tire Corporation
Titan Tire Corporation of Texas
Ford Motor Company

**Insurance Companies for Titan Defendants:**
Steadfast Insurance Company
First Speciality Insurance Corporation
Lexington Insurance Company

The following attorneys represent parties to this lawsuit and therefore have an

interest in its outcome:

**Counsel for Plaintiffs:**
Douglas A. Allison
Bradford P. Klager
Law Offices of Douglas A. Allison
500 North Water Street
South Tower - Suite 400
Corpus Christi, Texas 78471
Telephone:    361-888-6002
Facsimile:    361-888-6651

Mikal C. Watts
The Watts Law Firm, L.L.P.
Tower II Bldg., Suite 1400
555 N. Carancahua
Corpus Christi, Texas 78478
Telephone:    361-887-0500
Facsimile:    361-887-0055

**Counsel for Defendant, Titan Entities:**
Michael Rodriguez
Michael Rodriguez, P.L.L.C.
1000 E. Madison
Brownsville, Texas 78520
Telephone:   956-574-9333
Facsimile:   956-574-9337

**Counsel for Defendant, Ford Motor Company:**
Richard H. Grafton
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701-4043
Telephone:   512-472-5456
Facsimile:   512-479-1101

Plaintiffs are unaware of any other persons, estates, associations of persons, firm,

partnerships, corporations, affiliates, parent corporations, or other entities that are

financially interested in the outcome of this litigation.

Respectfully submitted,

**LAW OFFICES OF DOUGLAS A. ALLISON**
500 North Water Street
South Tower - Suite 400
Corpus Christi, Texas 78471
Telephone:   361-888-6002
Facsimile:   361-888-6651

By: _Doug Allison by permission_
Douglas A. Allison
Federal I.D. No. 10252
State Bar No. 01083500
Bradford P. Klager
Federal I.D. No. 24435
State Bar No. 24012969

THE WATTS LAW FIRM
Tower II Bldg., Suite 1400
555 N. Carancahua
Corpus Christi, Texas 78478
Telephone:   361-887-0500
Facsimile:   361-887-0055

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in compliance with the FEDERAL RULES OF CIVIL PROCEDURE by the method of service indicated below to the parties listed below on this the 5th day of November, 2002

## VIA CM/RRR and Facsimile:

Michael Rodriguez
Michael Rodriguez, P.L.L.C.
1000 E. Madison
Brownsville, Texas 78520

Richard H. Grafton
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701-4043

Mikal C. Watts
The Watts Law Firm, L.L.P.
Tower II Bldg., Suite 1400
555 N. Carancahua
Corpus Christi, Texas 78478

Douglas A. Allison   by permission