United States District Court
Southern District of Texas
FILED

MAR 31 2003

Michael N. Milby    14
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE ALBERTO FLORES and IMELDA HERNANDEZ CORDOVA (FLORES), Individually, and JAMES E. AGUIRRE, Individually, and FELIPE HERNANDEZ Individually | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION NO. B-02-216 |
| FORD MOTOR COMPANY, TITAN INTERNATIONAL, INC. TITAN TIRE CORPORATION, AND TITAN TIRE CORPORATION OF TEXAS | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE

1. State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

**Meeting was held via telephone conference on March 27, 2003, at 2:00 p.m.**

Attorneys for Plaintiffs:

**Kevin Liles**
**Federal Admissions No. 21501**
**State Bar No. 00798329**
**Watts Law Firm, L.L.P.**
**Tower II Bldg., Suite 1400**
**555 N. Carancahua**
**Corpus Christi, Texas 78478**
**Attorneys for Plaintiffs Jorge Albert Flores and Imelda Hernandez Cordova (Flores)**

**Bradford Klager**

AUS:2022241.1
13486.95413

Federal Admissions No. 24435
State Bar No. 24012969
Law Offices of Douglas Allison
500 North Water Street
South Tower - Suite 400
Corpus Christi, Texas 78471
Attorneys for Plaintiffs James E. Aguirre, Individually, and Felipe Hernandez, Individually

Attorneys for Defendants:

Richard H. Grafton
Federal Admissions No. 19276
State Bar No. 08252800
Brown McCarroll, L.L.P.
111 Congress Ave., Ste. 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (Fax)
Attorneys for Defendant Ford Motor Company

Michael Rodriguez
Federal Admissions No. 18759
State Bar No. 00791553
Michael Rodriguez, P.L.L.C.
1000 E. Madison
Brownsville, Texas 78520
Attorneys for Defendants Titan International, Inc., Titan Tire Corp. And Titan Tire Corp. of Texas

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

Plaintiffs filed suit in the 197th Judicial District Court of Cameron County, Texas on October 7, 2002.  Defendants removed the state court action to federal court on November 15, 2002.

3. Specify the allegation of federal jurisdiction.

Plaintiffs filed suit in the 197th Judicial District Court of Cameron County, Texas on October 7, 2002.  Defendants removed the state court action to federal court on November 15, 2002. Defendants removed this action and state that federal jurisdiction is based on 28 U.S.C. § 1332(a) (diversity of citizenship due to fraudulent joinder).  Plaintiffs dispute jurisdiction and have filed a motion to remand.
4. Name the parties who disagree and the reasons.

**Plaintiffs have filed a motion to remand the action to state court.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

**At this time, no party anticipates they will need to add additional parties.**

6. List anticipated interventions.

**Unknown.**

7. Describe class-action issues.

**None.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**Initial disclosures have not been made, but all parties will provide initial disclosures by April 14, 2003.**

9. Describe the proposed agreed discovery plan, including:

A. Responses to all the matters raised in Rule 26(f).

**The responses are addressed within this Joint Discovery/Case Management Plan and the accompanying Scheduling Order. The only issue not addressed is Rule 26(c), protective orders, which the parties agree to address during the discovery process.**

B. When and to whom the plaintiff anticipates it may send interrogatories.

**Plaintiffs anticipate that they will send interrogatories to all named Defendants by May 14, 2003.**

C. When and to whom the defendant anticipates it may send interrogatories.

**Defendants anticipate that they will send interrogatories to all named Plaintiffs by June 2, 2003.**

D. Of whom and by when the plaintiff anticipates taking oral depositions.
**The Plaintiffs anticipate taking the depositions of the following categories of witnesses: (1) fact witnesses; (2) corporate representatives; (3) governmental investigators; (4) independent**

**It is anticipated that all necessary depositions can be completed by March 1, 2004.**

F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

*See* **proposed Scheduling Order. Plaintiffs will designate expert witnesses and provide expert reports by October 3, 2003. Defendants will designate responsive experts and produce reports by December 19, 2003, based on Plaintiffs' agreement that all its experts will be offered for deposition before November 14, 2003.**

G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

*See* **proposed Scheduling Order. Plaintiffs will depose all experts designated by the Defendants, including, but not limited to, Defendants' accident reconstructionist, vehicle defect expert(s), tire defect expert(s), biomechanic, economist, medical experts and possibly one or more treating physicians. Plaintiffs intend to depose all experts which Defendants eventually identify through discovery or designate. If Defendants designate expert witnesses and provide expert reports and complete answers to interrogatories regarding such expert opinions by December 19, 2003, the parties agree that the depositions of Defendants' experts will be completed by January 30, 2004.**

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

*See* **proposed Scheduling Order. Defendants will depose all experts designated by the Plaintiffs, including, but not limited to, Plaintiffs' accident reconstructionist, vehicle defect expert(s), tire defect expert(s), biomechanic, economist, medical experts and possibly one or more treating physicians. Defendants intend to depose all experts which Plaintiffs eventually identify through discovery or designate. If Plaintiffs designate expert witnesses and provide expert reports and complete answers to interrogatories regarding such expert opinions by October 3, 2003, the parties agree that the depositions of Plaintiffs' experts will be completed by November 14, 2003.**

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**All parties agree to this discovery plan.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

**None.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**None.**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

**Mikal Watts**
**Federal Admissions No. 12419**
**State Bar No. 20981820**
**Kevin Liles**
**Federal Admissions No. 21501**
**State Bar No. 00798329**
**Watts Law Firm, L.L.P.**
**Tower II Bldg., Suite 1400**
**555 N. Carancahua**
**Corpus Christi, Texas 78478**
**(361) 887-0500**
**(361) 887-0055 (fax)**
**Attorneys for Plaintiffs Jorge Albert Flores and Imelda Hernandez Cordova (Flores)**

**Douglas A. Allison**
**Federal Admissions No. 10252**
**State Bar No. 01083500**
**Bradford Klager**
**Federal Admission No. 24435**
**State Bar No. 24012969**
**Law Offices of Douglas Allison**
**500 North Water Street**
**South Tower - Suite 400**
**Corpus Christi, Texas 78471**
**(361) 888-6002**
**(361) 888-6651 (fax)**
**Attorneys for Plaintiffs James E. Aguirre, Individually, and Felipe Hernandez, Individually**

**Richard H. Grafton**
**Federal Admissions No. 19276**
**State Bar No. 08252800**
**Brown McCarroll, L.L.P.**
**111 Congress Ave., Ste. 1400**
**Austin, Texas 78701**

(512) 472-5456
(512) 479-1101 (fax)

**Doug Seitz**
**Federal Admissions No. 18831**
**State Bar No. 00789975**
**Snell & Wilmer, L.L.P.**
**One Arizona Center**
**Phoenix, Arizona 85004-0001**
**(602) 382-6220**
**(602) 382-6070 (Fax)**
**Attorneys for Defendant Ford Motor Company**


**Michael Rodriguez**
**Federal Admissions No. 18759**
**State Bar No. 00791553**
**Michael Rodriguez, P.L.L.C.**
**1000 E. Madison**
**Brownsville, Texas 78520**
**(956) 574-9333**
**(956) 574-9337 (fax)**
**Attorneys for Defendants Titan International, Inc., Titan Tire Corp. and Titan Tire Corp. of**
**Texas**

Respectfully submitted,

Law Offices of Douglas Allison
500 North Water Street
South Tower - Suite 400
Corpus Christi, Texas 78471
(361) 888-6002
(361) 888-6651 (fax)


By: _____

        Douglas A. Allison
        Federal Admissions No. 10252
        State Bar No. 01083500
        Bradford Klager
        Federal Admission No. 24435
        State Bar No. 24012969

ATTORNEYS FOR JAMES E. AGUIRRE, INDIVIDUALLY AND FELIPE HERNANDEZ, INDIVIDUALLY

THE WATTS LAW FIRM
Tower II Bldg., Suite 1400
555 N. Carancahua
Corpus Christi, Texas 78478
361/887-0500
361/887-0055 (Fax)


By: _Mikal Watts by permission KL_
       Mikal Watts
       Federal Admissions No. 12419
       State Bar No. 20981820
       Kevin Liles
       Federal Admissions No. 21501
State Bar No. 00798329

ATTORNEYS    FOR    PLAINTIFFS    JORGE
ALBERTO FLORES AND IMELDA HERNANDEZ
CORDOVA (FLORES)

MICHAEL RODRIGUEZ, P.L.L.C.
1000 E. Madison
Brownsville, Texas 78520
(956) 574-9333
(956) 574-9337 (Fax)


By: _____
     Michael Rodriguez
     Federal Admissions No. 18759
     State Bar No. 00791553

ATTORNEYS FOR TITAN INTERNATIONAL,
INC., TITAN TIRE CORPORATION, AND
TITAN TIRE CORPORATION OF TEXAS

Doug Seitz
Federal Admissions No. 18831
Texas State Bar No. 00789975
SNELL & WILMER, L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-0001
(602) 382-6000
(602) 382-6070 (Fax)

AND

BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (Fax)


By: _____
      Richard H. Grafton
      Federal Admissions No. 19276
      State Bar No. 08252800

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below by certified mail, return receipt requested, in compliance with the Federal Rules of Civil Procedure on this ___31 st___ day of March, 2003.

**Via Certified Mail, Return Receipt Requested**

Kevin Liles
Mikal C. Watts
THE WATTS LAW FIRM
Tower II Bldg., Suite 1400
555 N. Carancahua
Corpus Christi, Texas 78478

Brad Klager
Douglas A. Allison
Law Offices of Douglas Allison
500 North Water Street
South Tower - Suite 400
Corpus Christi, Texas 78471

Michael Rodriguez
Michael Rodriguez, P.L.L.C.
1000 E. Madison
Brownsville, Texas 78520

Michael Rodriguez